# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT YSARRARAS RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:15-cv-01227-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(ECF NO. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Vincent Ysarraras Ramirez filed a complaint on August 8, 2015.  Plaintiff did not pay the filing fee in this action and instead stated in his complaint that he is indigent and is requesting to proceed in forma pauperis.  However, Plaintiff is required to complete an application to proceed in forma pauperis to show that he is entitled to proceed without prepayment of fees.  If Plaintiff is unwilling to complete and submit the application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an in forma pauperis application to Plaintiff;
3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma

1

pauperis without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **August 14, 2015**

UNITED STATES MAGISTRATE JUDGE

2